1
2
3
4
5

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

6
7

| **DAVID T. GILCHRIST** | |
|---|---|
| Plaintiff | |
| | Case #   **3:14-cv-05020-RJB** |
| | **3:14-cv-05021-RJB** |
| vs. | |
| | Combined Cases |
| **CAPITAL ONE SERVICES, LLC** | **CIVIL COMPLAINT** |
| Defendant | |

8
9
10
11
12
13
14

## MOTION TO STRIKE IMMATERIAL DOCUMENT
## AND REMAND BACK TO STATE COURT

15
16  PLAINTIFF David T. Gilchrist moves this Honorable Court to enter an Order striking parts

17  of the DECLARATION OF STEVEN A. MILLER IN SUPPORT OF DEFENDANT'S NOTICE

18  OF REMOVAL regarding case number 3:14-cv-05020-RJB and case number 3:14-cv-05021-RJB,

19  which were filed January 9, 2014, as immaterial, stating in support therefor as follows:

20  1. The 2nd paragraph of the, DECLARATION OF STEVEN A. MILLER IN SUPPORT OF

21  DEFENDANT'S NOTICE OF REMOVAL, alleges in both filings for case number 3:14-

22

MOTION TO STRIKE IMMATERIAL DOCUMENT
AND REMAND BACK TO STATE COURT
Page 1

David T. Gilchrist
457 21st Ave
Longview, WA 98632
(360) 423-1196

1   cv-05020-RJB and case number 3:14-cv-05021-RJB that pages 2-10 in Exhibit A's documents have been properly filed in the Small Claims Department of Cowlitz County District Court, Case No. 13 S 282 and Case No. 13 S 286.

2. Exhibit A in both declarations by Steven A. Miller in case number 3:14-cv-05020-RJB and case number 3:14-cv-05021-RJB are comprised of 11 pages each. Page 2 on both exhibits were the actual complaints filed in the Small Claims Department of Cowlitz County District Court, Case No. 13 S 282 and Case No. 13 S 286. Pages 3-10 of exhibit A in both declarations show Plaintiff's "Verified Complaint for Relief". This "Verified Complaint for Relief" was:

a) Not filed with the small claims court as alleged by attorney Steven A. Miller.

b) Not properly signed by the Plaintiff.

c) Not containing the Plaintiffs address, email or phone number.

3. This "Verified Complaint for Relief" document should be stricken pursuant to Rule 3 of the Civil Rules for Courts of Limited Jurisdiction and Rule 3 of the Federal Rules of Civil Procedure which both state in part:

**"A civil action is commenced by filing a complaint with the court."**

The "Verified Complaint for Relief" document was not filed in the Small Claims Department of Cowlitz County District Court. Therefore, the only document to be considered is the filed pleading.

4. Secondarily, this "Verified Complaint for Relief" document should be stricken pursuant to Rule 11(a) of the Civil Rules for Courts of Limited Jurisdiction and Rule 11(a) of the Federal Rules of Civil Procedure which states in part:

MOTION TO STRIKE IMMATERIAL DOCUMENT
AND REMAND BACK TO STATE COURT
Page 2

David T. Gilchrist
457 21st Ave
Longview, WA 98632
(360) 423-1196

1   "...The court *must strike* an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."[Emphasis mine]

2   5. Second, the TCPA statute 47 USC § 227, can be brought into the Small Claims Department of Cowlitz County District Court because it is a court with proper subject matter jurisdiction. There is no need for remand.

WHEREFORE, Plaintiff David T. Gilchrist moves this Court to enter an Order striking from the record the "Verified Complaint for Relief" found in pages 3-10 of Exhibit A in case number 3:14-cv-05020-RJB and case number 3:14-cv-05021-RJB and remanding back to the Washington State Small Claims Department of Cowlitz County District Court, Case No. 13 S 282 and Case No. 13 S 286, granting such other and further relief as the Court may deem reasonable and just under the circumstances.

DATED this 4th day of February, 2014        Respectfully submitted

_____
David T. Gilchrist
457 21st Ave
Longview, WA 98632
(360) 423-1196
Email: mortetyranni1776@hotmail.com

Plaintiff

MOTION TO STRIKE IMMATERIAL DOCUMENT
AND REMAND BACK TO STATE COURT
Page 3

David T. Gilchrist
457 21st Ave
Longview, WA 98632
(360) 423-1196

# CERTIFICATE OF SERVICE

1

2  UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided

3  by regular U.S. mail to Steven A. Miller, attorney with Graham & Dunn PC, Pier 70, 2801

4  Alaskan Way, Suite 300, Seattle, WA 98121-1128 this 31st day of January 2014.

5

6

7  _____

  David T. Gilchrist
8  457 21st Ave
  Longview, WA 98632
  (360) 423-1196
9  Email: mortetyranni1776@hotmail.com

10  Plaintiff

11

12  STATE OF WASHINGTON
  COUNTY OF COWLITZ

13  BEFORE ME personally appeared David T. Gilchrist who, being by me first duly sworn

14  and identified in accordance with Florida law, did execute the foregoing in my presence

15  this ___ day of _____ 2014.

16

17  _____

  Notary Public
18
  My commission expires:
19

20

21  MOTION TO STRIKE IMMATERIAL DOCUMENT
  AND REMAND BACK TO STATE COURT           David T. Gilchrist
22  Page 4                                   457 21st Ave
                                           Longview, WA 98632
                                           (360) 423-1196