The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DAVID T. GILCHRIST,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE SERVICES, LLC,<br><br>    Defendants. | No. 3:14-cv-05020-RJB<br><br>STIPULATION AND ORDER OF DISMISSAL |

## I. STIPULATION

The above-captioned parties hereby stipulate and agree that this matter has been fully compromised and settled and that this action and all claims asserted herein should be dismissed with prejudice to any party hereto.

RESPECTFULLY SUBMITTED AND DATED this 17th day of March, 2014.

GRAHAM & DUNN

By  *s/ Steven A. Miller*
Steven A. Miller, WSBA #30388
Email: smiller@grahamdunn.com
Attorneys for Capital One Services, LLC

By  s /
David T. Gilchrist, Plaintiff

STIPULATION AND ORDER OF DISMISSAL -- 1

No. 3:14-cv-05020-RJB

m46886-2129619.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

## II. ORDER

Based on the above Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action and all claims asserted herein are dismissed with prejudice.

DONE IN OPEN COURT this 18th day of March, 2014.

_/s/ Robert J. Bryan_
ROBERT J. BRYAN
United States District Judge

Presented By:

GRAHAM & DUNN

By  s /_____
    Steven A. Miller, WSBA #30388
    Email: smiller@grahamdunn.com
    Attorneys for Capital One Services, LLC

Approved as to form;
Notice of Presentation Waived

By  s /_____
    David T. Gilchrist

STIPULATION AND ORDER OF
DISMISSAL -- 2

No. 3:14-cv-05020-RJB
m46886-2129619.docx

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599